The relief described hereinbelow is SO ORDERED

Done this 27th day of December, 2017.



*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

**KENNETH RANDALL ALLISON, SR.,**       CASE NO.: 16-33513-DHW13

      **DEBTOR.**

### CONSENT ORDER CONDITIONALLY DENYING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    This Matter was set for hearing on December 4, 2017, upon the Motion for Relief from the Automatic Stay (hereinafter, "Motion for Relief") of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI, by Nationstar Mortgage LLC, the servicing agent (hereinafter, "NATIONSTAR"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against the real property located at 1855 County Road 36, Jemison, Alabama 35085, and further described in Exhibit "A" of the Motion for Relief filed with the Court on November 14, 2017. Notice of the hearing was given. Based upon the pleadings, affidavit, and consent of all parties, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that the Motion for Relief is denied conditionally.

    **IT IS FURTHER ORDERED** that the total post petition delinquency owed to NATIONSTAR as of December 4, 2017 is $5,391.07, (consisting of the September, 2017 through December, 2017 payments of $1,180.94 each) attorney fees of $650.00 and costs of $181.00, less the suspense balance of $163.69.

    **IT IS FURTHER ORDERED** that Debtor's post-petition arrearage of $5,391.07 shall be placed in the Debtor's Chapter 13 Plan, and Debtor's payment to the Chapter 13 Trustee shall $500.00 biweekly. NATIONSTAR may file an additional claim to be paid at a rate of $125.00 monthly.

**IT IS FURTHER ORDERED** that in the event NATIONSTAR does not receive any regular monthly payments from Debtor (beginning January, 2018) within the calendar month such payment comes due and after a twenty (20) day written notice of default to Debtor and Debtor's attorney, the stay provided under 11 U.S.C. Section 362 is terminated automatically without further order of this Court, as it relates to the enforcement of the lien regarding the aforementioned property, and NATIONSTAR, its successor and assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the Note and Mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P. 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other chapter of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that NATIONSTAR and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. NATIONSTAR may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case.

**IT IS FURTHER ORDERED** that NATIONSTAR shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

###END OF DOCUMENT###

This Order prepared by

  /s/Michael McCormick_____
MCCALLA RAYMER LEIBERT PIERCE, LLC, Attorney for NATIONSTAR
Michael J. McCormick
1544 Old Alabama Road
Roswell, Georgia 30076-2102
678-281-3918
Michael.McCormick@mccalla.com


Order consented to by:

  /s/Gary A. Backus_____
Debtor's Attorney
Gary A. Backus
Backus Law Group
PO Box 1804
Montgomery, AL 36102
334-265-0800

  /s/Sabrina L. McKinney_____
Chapter 13 Trustee
Sabrina L. McKinney
P. O. Box 173
Montgomery, AL 36101
334-262-8371