# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re    Case No. 16-33513-WRS
         Chapter 13

KENNETH RANDALL ALLISON, SR.,

    Debtor.

## ORDER GRANTING RELIEF FROM STAY

For the reasons set forth on the record on October 3, 2019, on the Motion for Relief from Stay filed by Creditor, The Money Mart, Inc. (Doc. 55), it is

ORDERED that the motion is GRANTED.

Done this 9th day of October, 2019.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
    Gary A. Backus, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    Charles N. Parnell, III, Attorney for Creditor
    The Money Mart, Inc.